IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ANTOINE CARTER, | |
|---|---|
| *Petitioner,* | CIVIL ACTION |
| v. | NO. 15-5719 |
| DISTRICT ATTORNEY OF PHILA et al., | |
| *Respondents.* | |

## ORDER

**AND NOW**, this 2nd day of May, 2017, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Thomas J. Rueter, (ECF No. 21), and Antoine Carter's objections thereto, (ECF No. 24), it is hereby **ORDERED** that:

1. Carter's objections are **OVERRULED** and Magistrate Judge Rueter's Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Carter's Petition for a Writ of Habeas Corpus is **DENIED** and **DISMISSED** with prejudice;

3. No certificate of appealability shall issue;

4. This case shall be **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.